IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYSON J. KIRLEIS, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 06-1495 |
| | ) |
| DICKIE, McCAMEY & CHILCOTE, P.C., | ) |
|     Defendant. | ) |

ORDER

AND NOW, this 12th day of January, 2007, upon consideration of defendant's motion to consolidate that instant case with Civil Action No. 06-1666 [document #10], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

1. Civil Action No. 06-1666 is consolidated with Civil Action No. 06-1495, the lead case captioned above.

2. All pleadings, motions, and other papers hereafter filed shall be filed at Civil Action No. 06-1495.

3. The Clerk of Court shall close Civil Action No. 06-1666.

BY THE COURT:

_____ J.

cc: All Parties of Record